AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Antoon II,, John | U.S District Court, FLMD | 05/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 80 N. Hughey Ave. <br> Orlando, Fl, 32809 | Reviewing Officer_____ Date_____ |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board member | Historical Society of United States District Court, Middle District of Florida |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2006 MAY 11 P 12: 09
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Florida Pension | $ 52,258 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II,, John | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. PMS Holding, Inc. | Airplane ride | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Discover card | loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II,, John | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New Economy- Edu IRA | A | Dividend | J | T | | | | | |
| 2. New Perspective-Edu IRA | A | Dividend | J | T | | | | | |
| 3. Washington Mutual-Educ IRA | A | Dividend | J | T | | | | | |
| 4. New Perspective-Roth IRA | A | Dividend | J | T | | | | | |
| 5. New Perspective-Roth IRA | A | Dividend | J | T | | | | | |
| 6. Washington Mutual-roth IRA | A | Dividend | J | T | | | | | |
| 7. T. Rowe Price Growth Stock Fund | | None | | | Sell | 4/11 | K | | See Part VIII, note 3 |
| 8. Capital Appreciation Fund | | None | | | Sell | 4/11 | K | | See Part VIII, note 3 |
| 9. Spectrum Income Fund | A | Dividend | | | Sell | 4/11 | K | | See Part VIII, note 3 |
| 10. New Fund Sci Tech | | None | | | Sell | 4/11 | J | | See Part VIII, note 3 |
| 11. Equity Income Fund | | None | | | Sell | 4/11 | K | | See Part VIII, note 3 |
| 12. Marsico Focus Fund | A | Dividend | | | Sell | 4/27 | J | | See Part VIII, note 3 |
| 13. Dreyfus Premier Management | | None | | | Sell | 2/28 | J | | See Part VIII, notes 2&3 |
| 14. Van Kampen Equity Trust | A | Dividend | | | Sell | 4/27 | J | | See Part VIII, note 3 |
| 15. TD Waterhouse money market acct. | A | Interest | | | Sell | 4/27 | J | | See Part VIII, note 3 |
| 16. State of Florida Pension (value unascertainable) | | | | | | | | | |
| 17. Selected American Shares Cl S | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II,, John | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AM EXP IRA AXP Select | | None | J | T | | | | | |
| 19. AXP Managed Allocation Fund | C | Dividend | K | T | | | | | |
| 20. Alliance Cap Savings Acct for college | B | Interest | K | T | | | | | |
| 21. Sun Trust Savings Acct | A | Interest | K | T | | | | | |
| 22. Templeton Growth Class C | A | Dividend | J | T | | | | | |
| 23. Premium Savings Acct | A | Interest | J | T | | | | | |
| 24. i shares Tr Lehman US Aggregate | | | | | Buy | 5/13 | L | | |
| 25. i shares Tr Russell 2000 Gr | | | | | Buy | 4/27 | J | | |
| 26. i shares Tr Goldman Sachs Corp B | | | | | Buy | 45/6 | J | | |
| 27. Dodge & Cox Int'l Stock Fund | | | | | Buy | 4/27 | J | | |
| 28. i shares Tr Russell Value Fund | | | | | Buy | 4/27 | J | | |
| 29. Pimco Commodity Real Return Fund Inst | | | | | Buy | 4/27 | J | | |
| 30. Harbor Bond Inst | | | | | Buy | 4/27 | K | | |
| 31. T. Rowe Price Int'l Bond | | | | | Buy | 4/27 | K | | |
| 32. TCW Galileo Div Focus | | | | | Buy | 4/27 | K | | |
| 33. Vanguard Growth Fund | | | | | Buy | 4/27 | K | | |
| 34. T. Rowe Price money market acct | | | | | Sell | 4/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Reference Part V, line 1 - I accepted an invitation to ride with a friend from Orlando, Florida to Venice, Florida and back in an airplane owned by PMS Holding, Inc., a company owned by the friend. The friend was making the trip and asked that I join him. The flight one-way takes approximately 30 minutes. I am not aware of commercial airlines flying that route and I am not certain that the value exceeds $300.

Note 2: Reference Part VII, line 13 - Dreyfus Premier Manager Fund did not appear by this name on the 2004 report. Bear Stearns S&P did appear on the 2004 report at line 15. On May 5, 2004, the Bear Stearns S&P was renamed and is now the Dreyfus Premier Manager Fund. The accounts are the same.

Note 3: Reference Part VII, lines 7-16 reflect assets that were used to purchase the assets listed in lines 24-33.

Note 4: Reference Part VII, line 31 - A money market account with T. Rowe Price was not included in the 2004 report. The fund was created on January 7, 2004 as a result of the transfer of assets form T. Rowe Price from Nationwide listed in lines 18-27 of the 2004 report. During 2004 this account earned interest at a value of "A." This asset along with those listed in lines 7-16 was used to purchase the assets listed in lines 24-33 of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  5/10/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544